UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS OSIRIS BEDOLLA-BAUTISTA,<br><br>                    Petitioner,<br><br>          v.<br><br>PATRICK LECHLEITNER, et al.,<br><br>                    Respondents. | CASE NO. 2:24-CV-979-RSM-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition dismissed, the Motion to Dismiss (Dkt. 6) is denied as moot, and this case is closed.

(3) The Clerk is directed to send copies of this Order to counsel for Petition and Respondent and to the Hon. David W. Christel.

**DATED** this 4th day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1